and petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, granted. *Martin J. Bernards* and *Lena Bernards, pro se.*

No. 843. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* JANNEY ET AL. April 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Attorney General Jackson* for petitioner.

No. 847. STERN BROTHERS & Co. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Arthur Mag* and *John H. McEvers* for petitioner. *Solicitor General Biddle* for respondent.

No. 864. FEDERAL COMMUNICATIONS COMMISSION *v.* COLUMBIA BROADCASTING SYSTEM OF CALIFORNIA, INC. May 6, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Solicitor General Biddle* and *Mr. William J. Dempsey* for petitioner. *Mr. D. M. Patrick* for respondent.

No. 865. FEDERAL COMMUNICATIONS COMMISSION *v.* ASSOCIATED BROADCASTERS. May 6, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Solicitor General Biddle* and *Mr. William J. Dempsey* for petitioner.